UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

WAYNE LANGSTON,  Civil No. 22-2701 (JRT/DJF)

   Petitioner,

v.  **ORDER**

B. EISCHEN,

   Respondent.

---

Wayne Langston, Reg. No. 21919-040, FPC Duluth, P.O. Box 1000, Duluth, MN 55814, *pro se* petitioner.

Ana H Voss, Kristen Rau, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

United States Magistrate Judge Dulce J. Foster filed a Report and Recommendation on the February 1, 2023 (ECF No. 8).  No objections have been filed in the time permitted.

Based on the R&R and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

   1.   The Report and Recommendation (ECF Nos. [8]) is **ADOPTED**; and

   2.   Plaintiff's Petition for a Writ of Habeas Corpus (ECF No. [1]) is **DENIED WITHOUT PREJUDICE**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 21, 2023
at Minneapolis, Minnesota

                                          s/John R. Tunheim_____
                                        JOHN R. TUNHEIM
                                        United States District Court